## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

IN RE:

RAYMOND GUILBAULT and           CHAPTER 13
MICHELLE GUILBAULT,                CASE NO.  07-20985

         Debtors

### ORDER ON DEBTORS' MOTION FOR
### FULL COMPLIANCE DISCHARGE

After hearing and/or opportunity to be heard, Debtors' Motion For Full Compliance Discharge of their Chapter 13 bankruptcy case is hereby GRANTED.

Dated:  April 2, 2013                  /s/ James B. Haines, Jr.
                                                   Judge, U.S. Bankruptcy Court